## Commonwealth *v.* Thomas, Appellant.

Submitted December 12, 1972. *Chester A. Reybitz,* Assistant Public Defender, for appellant; *Michael E. Riskin,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thompson, Appellant.

Argued December 5, 1972. *Saul Levit,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.